# Kasowitz Benson Torres llp

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

Jeffrey R. Alexander
Direct Dial: (212) 506-3327
Direct Fax: (212) 500-1800
JAlexander@kasowitz.com

Atlanta
Houston
Los Angeles
Miami
Newark
San Francisco
Silicon Valley
Washington DC

March 7, 2018

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Nagelberg v. Meli, et al.*, 17-cv-2524-LLS

Dear Judge Stanton:

      We represent Joseph Meli, 127 Holdings, LLC, Advance Entertainment, LLC and Advance Entertainment II, LLC (collectively, the "Meli Defendants") in the above-referenced action. We write in response to Plaintiffs' letter to the Court dated February 20, 2018 (ECF No. 83). The Meli Defendants do not object to a modification of the Protective Order in *SEC v. Meli*, 17-cv-0632-LLS (the "SEC Action") to allow Plaintiffs to obtain copies of third-party discovery already produced to the Meli Defendants in the SEC Action, subject to all parties' agreement regarding an appropriate protective order governing discovery in this case.

      Respectfully,

      /s/ Jeffrey R. Alexander
      Jeffrey R. Alexander

cc:  All counsel via ECF
     Dahlia Rin (via electronic mail)
     Martin Healy (via electronic mail)