ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

DAVID NAGELBERG, *individually and as* TRUSTEE
of the DAVID S. NAGELBERG 2003 REVOCABLE
TRUST and PENSCO C/F DAVID S. NAGELBERG
ROTH IRA, MATTHEW HAYDEN, MITCHELL
KNAPP, LAWRENCE J. SHEER DDS PSP, WILLIAM
J. ROUHANA, JR., AMY NEWMARK, TIMOTHY
ROUHANA, ROSEMARY ROUHANA, ELLA
DAMIANO, MICHAEL DAMIANO, and
LONDONDERRY CAPITAL LLC,

          Plaintiffs,

-against-

JOSEPH MELI, MATTHEW HARRITON,
875 HOLDINGS, LLC, ADVANCE
ENTERTAINMENT, LLC, ADVANCE
ENTERTAINMENT II, LLC, 127 HOLDINGS, LLC,
and TRIPOINT GLOBAL EQUITIES, LLC,

          Defendants.

---------------------------------------------------------------- x

Civil Action No. 17-cv-2524-LLS

**STIPULATION AND (PROPOSED) ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT 875 HOLDINGS, LLC**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that Daniel Horwitz and Tracy Burnett of the law firm of McLaughlin & Stern LLP are hereby substituted in place and in the stead of Steven Paradise and Margaret Meyers of the law firm of Richards Kibbe & Orbe LLP as counsel of record for defendant 875 Holdings, LLC in the above-captioned action.

Dated: September 7, 2018

DEFENDANT 875 HOLDINGS, LLC

By: _____/s/_____
Matthew Harriton

RICHARDS KIBBE & ORBE LLP

By: _____
Steven Paradise, Esq.
Margaret Meyers, Esq.
200 Liberty Street
New York, NY 10281-1003
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Email: sparadise@rkollp.com
         mmeyers@rkollp.com

*Outgoing Counsel for Defendant 875 Holdings, LLC*

GROSSMAN LLP

By: _____
Lindsay Hogan, Esq.
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (646) 770-7445
Facsimile: (646) 417-7997
Email: lhogan@grossmanllp.com

*Counsel for Plaintiffs*

HUNTER TAUBMAN FISCHER & LI LLC

By: _____
Jenny Johnson-Sardella, Esq.
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Telephone: (646) 629-1180
Facsimile: (646) 629-8099
Email: jsardella@htflawyers.com

*Counsel for Defendant TriPoint Global Equities, LLC*

MCLAUGHLIN & STERN LLP

By: _____
Daniel Horwitz, Esq.
Tracy Burnett, Esq.
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
Email: dhorwitz@mclaughlinstern.com
         tburnett@mclaughlinstern.com

*Incoming Counsel for Defendant 875 Holdings, LLC*

KASOWITZ BENSON TORRES LLP

By: _____
Jeffrey R. Alexander, Esq.
1633 Broadway
New York, NY 10019
Telephone: (212) 506-3327
Facsimile: (212) 500-3583
Email: jalexander@kasowitz.com

*Counsel for Defendants Joseph Meli, Advance Entertainment, LLC, Advance Entertainment II, LLC*

2

RICHARDS KIBBE & ORBE LLP

By: _____/s/ Steven Paradise_____
Steven Paradise, Esq.
Margaret Meyers, Esq.
200 Liberty Street
New York, NY 10281-1003
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Email: sparadise@rkollp.com
       mmeyers@rkollp.com

*Outgoing Counsel for Defendant 875 Holdings, LLC*

GROSSMAN LLP

By: _____
Lindsay Hogan, Esq.
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (646) 770-7445
Facsimile: (646) 417-7997
Email: lhogan@grossmanllp.com

*Counsel for Plaintiffs*

HUNTER TAUBMAN FISCHER & LI LLC

By: _____
Jenny Johnson-Sardella, Esq.
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Telephone: (646) 629-1180
Facsimile: (646) 629-8099
Email: jsardella@htflawyers.com

*Counsel for Defendant TriPoint Global Equities, LLC*

MCLAUGHLIN & STERN LLP

By: _____
Daniel Horwitz, Esq.
Tracy Burnett, Esq.
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
Email: dhorwitz@mclaughlinstern.com
       tburnett@mclaughlinstern.com

*Incoming Counsel for Defendant 875 Holdings, LLC*

KASOWITZ BENSON TORRES LLP

By: _____/s/ Jeffrey R. Alexander_____
Jeffrey R. Alexander, Esq.
1633 Broadway
New York, NY 10019
Telephone: (212) 506-3327
Facsimile: (212) 500-3583
Email: jalexander@kasowitz.com

*Counsel for Defendants Joseph Meli, Advance Entertainment, LLC, Advance Entertainment II, LLC*

2

SO ORDERED:

_____
The Honorable Louis L. Stanton
United States District Judge

Dated: September 12, 2018